# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**193.1**
**KA 14-01407**
PRESENT: WHALEN, P.J., PERADOTTO, CARNI, DEJOSEPH, AND TROUTMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

DERRICK L. HALL, DEFENDANT-APPELLANT.

---

DAVID J. FARRUGIA, PUBLIC DEFENDER, LOCKPORT (JOSEPH G. FRAZIER OF COUNSEL), FOR DEFENDANT-APPELLANT.

NIAGARA COUNTY DISTRICT ATTORNEY'S OFFICE, LOCKPORT (THOMAS H. BRANDT OF COUNSEL), FOR RESPONDENT.

-------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Niagara County Court (Sara S. Farkas, J.), rendered March 27, 2013. The appeal was held by this Court by order entered April 29, 2016, decision was reserved and the matter was remitted to Niagara County Court for further proceedings (138 AD3d 1407).

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on December 9, 2016, with attached affidavit sworn to on November 21, 2016 by defendant,

It is hereby ORDERED that said appeal is unanimously dismissed upon stipulation.

Entered:  February 3, 2017                    Frances E. Cafarell
                                              Clerk of the Court